DA 15-0039

FILED

12/16/2016

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 15-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

2013 MT 316

IN THE MATTER OF:

Z. F.,

       Respondent and Appellant.

APPEAL FROM:    District Court of the Eighth Judicial District,
In and For the County of Cascade, Cause No. DI 15-0022
Honorable Dirk M. Sandefur, Presiding Judge

COUNSEL OF RECORD:

       For Appellant:

       Michael J. Moore; Missoula, MT

       For Appellee:

       Tim Fox; Helena ,MT; Eileen Joyce; Butte, MT Jordan Rhodes Kilby;
Missoula, MT

Submitted on Briefs:  [SubmissionDate]

Decided:

Filed:

_____
Clerk